AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

United States of America
v.

Roger Glen Sturdavant

Defendant(s)

Case No. 1:22-mj-113

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 2018 to present  in the county of  Kent  in the  Western  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250 | Failure to register as a sex offender |

This criminal complaint is based on these facts:
See attached continuation

☑ Continued on the attached sheet.

*Complainant's signature*

DUSM Jordan Beimers
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/02/2022

*Judge's signature*

City and state: Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*